

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00391-CV

Harlingen Consolidated Independent School District
v.
Gabriel Miranda Jr., Deceased, Maria Fuentes, Gabriel Miranda Sr., Alexandria
Suzanne DeLeon, Reuben Antonio DeLeon III, and Jon Hidalgo Doe

On Appeal from the
398th District Court of Hidalgo County, Texas
Trial Cause No. C-4899-17-I

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged 50% against appellant, Harlingen Consolidated Independent School District and against appellees, Gabriel Miranda, Jr., Deceased, Maria Fuentes, Gabriel Miranda, Sr., Alexandria Suzanne DeLeon, Reuben Antonio DeLeon, III and Jon Hidalgo Doe.

We further order this decision certified below for observance.

March 14, 2019